IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS E. PIÑA SANTIAGO,

   Plaintiff,

    v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.

CIVIL NO. 14-1731 (CVR)

**OPINION AND ORDER**

    This action was initiated under the Social Security Act to obtain judicial review of the final decision of Defendant Carolyn Colvin, the Acting Commissioner of Social Security, denying Plaintiff Luis Piña Santiago's claim for disability benefits (Docket No. 1). Before the Court is Defendant's unopposed Motion to Remand pursuant to sentence four of Title 42 U.S.C. § 405(g). (Docket No. 15).

    Sentence four of section 405(g) states that the court shall have power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In the instant case, the Commissioner states that remand is appropriate to enable an Administrative Law Judge to:

    a)    further evaluate the medical opinions of record, including treating, examining and State Agency opinions in accordance with 20 C.F.R. §§ 404.1527, 416.927;

    b)    further evaluate Plaintiff's mental impairments in accordance with 20 C.F.R.§§ 404.1520a, 416.920a;

  c) obtain vocational expert testimony to reassess Plaintiff's ability to perform other work in the national economy considering his inability to communicate in English and his illiterate status. See 20 CFR §§ 404.1560(c), 416.960(c), 404.1561, 416.961, 404.1563-404.1569a, 416.963-416.969a.

Based upon the foregoing, the Court concludes that good cause has been shown for remand.

Accordingly, Defendant's Motion to Remand (Docket No. 15) is GRANTED and this case is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Judgment is to be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 11th day of May, 2015.

        S/CAMILLE L. VELEZ-RIVE
        CAMILLE L. VELEZ RIVE
        UNITED STATES MAGISTRATE JUDGE